# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136027

BOB TURNER, INC.,
        Plaintiff/Counter-Defendant-
        Appellant,

v

WALTER FRISBEE and LINDA FRISBEE,
        Defendants/Counter-Plaintiffs-
        Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136027
COA: 279850
Oakland CC: 2007-008607-AV
52-3 DC: 06-C03129-GC

_____/

      On order of the Court, the application for leave to appeal the February 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

p0616

_____
Clerk